■ In the Matter of the Estate of DAVID T. HENKEN, Deceased. ANDERSON, BANKS, CURRAN & DONOGHUE, Respondent; JONATHAN HENKEN et al., Appellants; et al., Respondents. [623 NYS2d 138] —Appeal by Jonathan Henken, Marianne H. Whatley, and Elissa Ruth Henken, as limited by their brief, from stated portions of a decree of the Surrogate's Court, Westchester County (Emanuelli, S.), dated February 23, 1993.

Ordered that the decree is affirmed insofar as appealed from, with costs payable by the appellants personally, for reasons stated by Surrogate Emanuelli in a decision dated December 24, 1992. Miller, J. P., O'Brien, Santucci and Florio, JJ., concur.